No. 78–5761. PRESTON v. ESTELLE, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied.

No. 78–5767. MITCHELL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 78–5777. PALMER v. KAPNER, JUDGE. Sup. Ct. Fla. Certiorari denied.

No. 78–5863. PILKINGTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5950. HAYWOOD v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–5956. BROWN v. UNITED STATES. Ct. Cl. Certiorari before judgment denied.

No. 78–5965. DICKERSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–6022. HAFEN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–6023. SMITH v. WARDEN, MENARD CORRECTIONAL CENTER. C. A. 7th Cir. Certiorari denied.

No. 78–6024. SULIE v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 78–6026. MAPP v. CLEMENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–6036. GARCIA v. MALLEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 78–6046. CAMPBELL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.